IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH PALMER | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | DOCKET NO: 18-1284 |
| v. | : | |
| | : | |
| BAYVIEW ASSET MANAGEMENT, LLC: | | |
| and | : | |
| BAYVIEW LOAN SERVICING, LLC. | : | |
| | : | |
| Defendants. | : | |

FILED
APR 27 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION AND CONSENT MOTION TO STAY PROCEEDINGS TO ALLOW FOR ARBITRATION OF CLAIMS

Plaintiff, Elizabeth Palmer ("Palmer" or "Plaintiff"), and Defendants, Bayview Asset Management, LLC and Bayview Loan Servicing, LLC ("Bayview" or "Defendants"), by and through their undersigned counsel, hereby STIPULATE AND AGREE:

1. This matter should be resolved pursuant to the Bayview Dispute Resolution and Arbitration Policy.

2. Accordingly, pursuant to 9 U.S.C. § 3, this action shall be stayed. *See Lloyd v. HOVENSA, LLC.*, 369 F.3d 263, 269 (3d Cir. 2004).

3. For statute of limitations purposes, the filing date of the Complaint in this action will be treated as the filing date of any arbitration Palmer commences, provided that she commences the arbitration within thirty days after entry of this Order by the Court.

4. Pursuant to the Bayview Dispute Resolution and Arbitration Policy, Bayview agrees to bear all arbitrators' costs and fees, with the exception that Palmer will pay the filing fee to initiate proceedings (which is in accordance with AAA's costs of arbitration and employer plans).

5.  The parties have consented to the use of electronic signatures on this Stipulation.

6.  Accordingly, the parties respectfully request that this Court stay the instant judicial proceedings to allow the parties to resolve Plaintiff's claims against Defendant pursuant to the Bayview Dispute Resolution and Arbitration Policy.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court grant the instant motion and stay the judicial proceedings.

Respectfully Submitted:

| By: /s/ *Julia W. Clark* <br> Julia W. Clark <br> Ari R. Karpf <br> Karpf, Karpf & Cerutti <br> 3331 Street Road <br> Two Greenwood Sq., Suite 128 <br> Bensalem, Pa. 19020 <br> Tel: (215) 639-4970 <br> jclark@karpf-law.com <br> *Attorneys for Plaintiff* <br><br> Dated: April 25, 2018 | By: /s/ *James N. Boudreau* <br> James N. Boudreau <br> Greenberg Traurig, LLP <br> 2700 Two Commerce Square <br> 2001 Market Street <br> Philadelphia, PA 19103 <br> Tel: 215-988-7833 <br> boudreauj@gtlaw.com <br> *Attorney for Defendants* <br><br> Dated: April 25, 2018 |

The foregoing stipulation is hereby approved by ORDER of the Court this **27th** day of April, 2018

[signature]