# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH PALMER | CIVIL ACTION |
| Plaintiff, | |
| v. | DOCKET NO: 18-1284 |
| BAYVIEW ASSET MANAGEMENT, LLC and BAYVIEW LOAN SERVICING, LLC. | |
| Defendants. | |

## STIPULATION OF DISMISSAL

The parties to this civil action, Plaintiff Elizabeth Palmer and Defendants Bayview Asset Management, LLC and Bayview Loan Servicing, LLC, by their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| **KARPF, KARPF & CERUTTI, P.C.** | **GREENBERG TRAURIG LLP** |
| By: */s/ Julia W. Clark* | By: */s/ Sarah R. Goodman* |
| Julia W. Clark, Esq. | Sarah R. Goodman, Esq. |
| 3331 Street Road | James N. Boudreau, Esq. |
| Two Greenwood Square | 2700 Two Commerce Square |
| Suite 128 | 2001 Market Street |
| Bensalem, PA 19020 | Philadelphia, PA 19103 |
| Phone: (215) 639-0801 | Phone: (215) 988-7833 |
| Fax: (215) 639-4970 | Fax: (215) 717-5209 |
| jclark@karpf-law.com | goodmansa@gtlaw.com |
| *Attorneys for Plaintiff* | boudreauj@gtlaw.com |
| | *Attorneys for Defendant* |
| Dated: September 26, 2019 | Dated: September 26, 2019 |